CERTIFICATE OF SERVICE

**Stephan Dean et al v Kaiser Foundation Health Plan, Inc. et al.**
**23-55580**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 W. Broadway, 18th Floor, San Diego, CA 92101.

On August 11, 2023, I served true copies of the following document(s) described as

**1. RESPONSE TO APPELLANTS' STATEMENT ON WHETHER THE APPEAL IS FRIVOLOUS AND SHOULD GO FORWARD**

on the interested parties in this action as follows:

| | |
|---|---|
| Stephan Dean<br>37187 Bankside Dr. #2<br>Cathedral City, CA 92234 | Plaintiff In Propria Persona<br>Email: Surefile@msn.com |
| Liza Dean<br>37187 Bankside Dr. #2<br>Cathedral City, CA 92234 | Plaintiff in Propria Persona<br>(US Mail) |

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from tdykes@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 11, 2023, at San Diego, California.

/s/ Toy Poore

Toy Poore